UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALIANT,<br><br>                      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>                      Defendant. | Case No.: 17-cv-2085-JAH-AGS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

On October 10, 2017, Plaintiff, proceeding through counsel, filed a complaint seeking review of an administrative decision denying his application for social security disability benefits. [Doc. No. 1]. Plaintiff also filed a motion to proceed without prepayment of fees. [Doc. No. 2].

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of *habeas corpus*, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees. See 28 U.S.C. § 1915(a).

Plaintiff states he and his spouse are unemployed. Plaintiff receives $357.00 dollars in food stamps and his wife will be receiving $260.00 in unemployment benefits every

month. Additionally, Plaintiff explains that a friend is allowing the couple stay in his home during their present time of hardship. Based on the information presented by Plaintiff, the Court finds he sufficiently demonstrates his inability to pay the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

2. The United States Marshal Service shall serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or Defendant's counsel and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED: March 7, 2018

_____
JOHN A. HOUSTON
United States District Judge